AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States District Court
Southern District of Texas
FILED

AUG -4 2011

Clerk of Court

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Carmen ALONZO<br>YOB: 1954<br>Citizenship: United States | )<br>)<br>) | Case No.  M-11-2426-M |
| Defendant(s) | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __July 8, 2011__ in the county of __Hidalgo__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1324 (a)(1)(A)(iii) | Knowing or in reckless disregard of the fact that M S J, a citizen and national of Mexico, was an alien, who had come to, entered, or remained in the United States in violation of law, and knowingly conceals, harbors, or shields from detection, or attempts to conceal, harbor, or shield from detection, such alien in any place, to wit, a trailer in Progreso, Texas, including any building or any means of transportation. |

This criminal complaint is based on these facts:
On July 8, 2011, United States (U.S.) Immigration and Customs and Enforcement (ICE) Special Agents were contacted by the United States Customs and Border Protection (CBP) Officers at the Progreso, Texas Port of Entry (POE) regarding the apprehension of a 13 year old undocumented alien (UDA), M S J, a citizen and national of Mexico.

SEE ATTACHMENT "A"

✓ Continued on the attached sheet.

_____
Complainant's signature

Adrian Olivarez, U.S. ICE Special Agent
Printed name and title

Sworn to before me and signed in my presence.

Date: 8/4/2011

_____
Judge's signature

City and state:  McAllen, Texas

U.S. Magistrate Judge  Dorina Ramos
Printed name and title

ATTACHMENT "A"

On July 8, 2011, United States (U.S.) Immigration and Customs and Enforcement (ICE) Special Agents were contacted by the United States Customs and Border Protection (CBP) Officers at the Progreso, Texas Port of Entry (POE) regarding the apprehension of a 13 year old undocumented alien (UDA), M S J , a citizen and national of Mexico.

During an interview with ICE Special Agents, MSJ stated she was smuggled illegally into the United States through the Progreso, Texas POE by a female alien smuggler. MSJ stated a man known to her as Carmen ALONZO, who worked at the Progreso POE, gave instructions to the smuggler on how to cross illegally through the Progreso POE into the United States without being detected. Once they entered through the Progreso POE, the smuggler and MSJ walked to ALONZO's travel trailer. ALONZO paid the female smuggler an undisclosed amount of money and then the smuggler left the travel trailer. MSJ remained in ALONZO's travel trailer until she was apprehended later that day by CBP officers working at the Progreso POE. MSJ stated ALONZO knew she did not have the proper documents to be legally present in the United States. MSJ identified ALONZO from a photo lineup.

In a post Miranda interview, Carmen ALONZO stated he knew the female smuggler and MSJ from Mexico and he also knew they did not have the proper documents to be legally present in the United States. ALONZO stated a week prior, he invited the female smuggler to go to his travel trailer in the United States to visit him. On July 8, 2011, the female smuggler, accompanied by MSJ, arrived at his trailer around 4am. ALONZO stated he knew the female smuggler and MSJ were illegally in the United States, but he let them stay at his travel trailer.