14

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

United States District Court
Southern District of Texas
FILED

AUG 23 2011

David J. Bradley, Clerk

| UNITED STATES OF AMERICA | § | | |
|---|---|---|---|
| | § | | |
| v. | § | Criminal No. | M-11-1311 |
| | § | | |
| CARMEN ALONZO | § | | |
| | § | | |

## INDICTMENT

THE GRAND JURY CHARGES:

### Count One

On or about July 8, 2011, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

### CARMEN ALONZO

knowing and in reckless disregard of the fact that an individual, who was a minor child and an alien, who had come to, entered and remained in the United States in violation of law, did knowingly and intentionally conspire and agree with other persons known and unknown to the Grand Jurors to knowingly transport, move, attempt to transport, and attempt to move said alien within the United States in furtherance of such violation of law, that is, from a location near Progreso, Texas Port of Entry, to another location near Progreso, Texas, by foot.

In violation of Title 8, United States Code, Sections 1324(a)(1)(A)(v)(I), 1324(a)(1)(A)(ii), and 1324(a)(1)(B)(i).

### Count Two

On or about July 8, 2011, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

### CARMEN ALONZO

knowing and in reckless disregard of the fact that M.S.J. was a minor child and an alien who had come to, entered, and remained in the United States in violation of law, did knowingly conceal, harbor, and shield from detection and attempt to conceal, harbor, and shield from detection said alien in any place, to wit, a trailer in Progreso, Texas for the purpose of commercial advantage and private financial gain.

In violation of Title 8, United States Code, Sections 1324(a)(1)(A)(iii), 1324(a)(1)(A)(v)(II), and 1324(a)(1)(B)(i).

A TRUE BILL

_____
FOREPERSON

JOSE ANGEL MORENO
UNITED STATES ATTORNEY

*Kimberly Ann Leo*
ASSISTANT UNITED STATES ATTORNEY