2

United States District Court
Southern District of Texas
FILED

OCT 2 5 2011

David J. Bradley, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| v. | § | Criminal No. M-11-1311-S1 |
| | § | |
| CARMEN ALONZO | § | |
| | § | |

## SUPERSEDING INDICTMENT

**THE GRAND JURY CHARGES:**

### Count One

From on or about January 1, 2010, to on or about April 30, 2010, in the Southern District of Texas, and elsewhere, the defendant,

### CARMEN ALONZO

a citizen of the United States of America, did travel in foreign commerce, from the United States of America to the United Mexican States and engage in any illicit sexual conduct as defined in Title 18, United States Code, Section 2423(f), with M.S.J. a person under 18 years of age.

In violation of Title 18, United States Code, Section 2423(c).

### Count Two

From on or about May 1, 2010, to on or about February 14, 2011, in the Southern District of Texas, elsewhere, the defendant,

### CARMEN ALONZO

a citizen of the United States of America, did travel in foreign commerce, from the United States of America to the United Mexican States and engage in any illicit sexual conduct as defined in Title 18, United States Code, Section 2423(f), with M.S.J. a person under 18 years of age.

In violation of Title 18, United States Code, Section 2423(c).

### Count Three

On or about July 8, 2011, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**CARMEN ALONZO**

knowing and in reckless disregard of the fact that an individual, who was a minor child and an alien, who had come to, entered and remained in the United States in violation of law, did knowingly and intentionally conspire and agree with other person or persons known and unknown to the Grand Jurors to knowingly transport, move, attempt to transport, and attempt to move said alien within the United States in furtherance of such violation of law, that is, from a location near Progreso, Texas Port of Entry, to another location near Progreso, Texas, by foot.

In violation of Title 8, United States Code, Sections 1324(a)(1)(A)(v)(I), 1324(a)(1)(A)(ii), and 1324(a)(1)(B)(i).

### Count Four

On or about July 8, 2011, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**CARMEN ALONZO**

knowing and in reckless disregard of the fact that M.S.J. was a minor child and an alien who had come to, entered, and remained in the United States in violation of law, did knowingly conceal, harbor, and shield from detection and attempt to conceal, harbor, and shield from detection said alien in any place, to wit, a trailer in Progreso, Texas, for the purpose of commercial advantage and private financial gain.

     In violation of Title 8, United States Code, Sections 1324(a)(1)(A)(iii), 1324(a)(1)(A)(v)(II), and 1324(a)(1)(B)(i).

A TRUE BILL

_____
FOREPERSON

KENNETH MAGIDSON
UNITED STATES ATTORNEY


*Kimberly Ana Leo*
ASSISTANT UNITED STATES ATTORNEY